## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Diego Silva, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security (DHS) Homeland Security Investigations (HSI). I have been employed by HSI since September 2023, and I am currently assigned to the Office of the Special Agent in Charge ("SAC") New England in Boston, Massachusetts. I am assigned to the Worksite Enforcement Group, and previously was assigned to the Child Exploitation and Forensics ("CEF") for approximately eight years. Prior to my employment with HSI, I was employed as a municipal police officer for the Town of Norwood, Massachusetts for approximately ten years. While employed with the Norwood Police Department, I served in assignments including Uniformed Patrol, Warrant and Apprehension Unit, Narcotics Investigations, and Undercover Operations. While serving as a Norwood police officer, I was assigned to the HSI Human Trafficking Group as a Task Force Officer for approximately four years. As part of my duties as an HSI special agent, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to, violations of 18 U.S.C. §§ 2422, 2251, 2252, and 2252A

2. I submit this affidavit in support of an arrest warrant and criminal complaint charging Wael ISREB (YOB 1958) ("ISREB") of Wrentham, Massachusetts, with one count of possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

3. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause to secure a criminal complaint

and does not set forth all of my knowledge about this matter. Where statements of others are set forth in this affidavit, they are set forth in substance and in part, unless otherwise noted.

## STATEMENT OF PROBABLE CAUSE

4. On August 5, 2024, HSI agents, with the assistance of state and local law enforcement, executed federal search warrants (24-MJ-6556 and -6557-MPK) (the "Search Warrants") at the residence and on the person of ISREB, in Wrentham, Massachusetts for evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A, the possession of child pornography. The sealed affidavit in support of these search warrants is attached as Exhibit 1 and is incorporated herein. In sum, that affidavit averred that three "CyberTips" from the National Center for Missing and Exploited Children ("NCMEC") were issued by the Kik messaging application, each flagging the upload and distribution of files constituting child pornography on the Kik platform.[1] Law enforcement traced information provided about the Kik accounts identified in the Cybertips to ISREB and his residence—including an email address constituting an iteration of ISREB's name as well as an IP address assigned by Comcast to ISREB's residence.

5. When executing the search warrants, law enforcement located ISREB, his wife, and his son in the residence.

6. ISREB agreed to be interviewed by law enforcement, and the interview was conducted in his basement. ISREB was advised of and waived his *Miranda* rights. ISREB advised

---

[1] "Child pornography" is a term defined by statute as "any visual depiction…of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct." See 18 U.S.C. § 2256(8)(A). In recent years, child pornography has been more widely referred to as "child sexual abuse material (CSAM)," including by law enforcement and the National Center for Missing and Exploited Children. Where I use that term in this affidavit, it is to refer to child pornography as defined by federal statute.

that he owns an iPhone 14 device with the phone number: (XXX) XXX-4580.[2] This iPhone 14 was located on ISREB's person. He also identified three email addresses as his own, including the Gmail address that includes a variation of his name, and a business address that (per open-source research) is also associated with ISREB. As described above, that Gmail address and business address were identified in the CyberTips as linked to the Kik accounts that uploaded CSAM. ISREB further stated he possessed two other phones, but that only the iPhone 14 was currently active with a cellphone plan. ISREB also stated that he has used the Kik Messenger Application before, and that he had seen (but deleted) sexual of images of children on Kik.

*Review of Devices*

7. During the execution of the search warrant, electronic devices were seized for forensic analysis, including the iPhone 14 mentioned above. Due to Apple's security measures that initially prevented access to the device, a data extraction was not successfully completed until on or about March 14, 2025. An initial review of the data is described herein. The Apple ID associated with this device was linked to the Gmail address described above (constituting an iteration of ISREB's name), and the phone number that ISREB identified as his own (ending in -4580). The Apple Mail application had three email addresses connected with it, which further corresponded to the three email addresses that ISREB identified as his own. The Kik Messenger application was not located on this device, however, a review of the system artifacts appeared to indicate prior use of the Kik Messenger application on this device.

8. During the review of this device, approximately 26 images and 115 videos depicting CSAM were discovered. Many of these files were located in file paths that appeared to

---

[2] This phone number is known to law enforcement but are redacted herein for privacy concerns.

be related to the Apple Mail application. The following description is an example of one of those files:

    a. This video file is approximately one minute and six seconds long, and it depicts a prepubescent female, who is seen laying on her back, nude from the waist down with her legs spread apart exposing her genital area to the camera. The child appears to be approximately five to seven years old based on the overall size of her body, and her lack of pubic hair. An adult male with an erect penis is seen positioned between her legs and can be seen initially stroking his own penis with his hand. Further in the video, the adult erect penis is seen being inserted into the child's vagina repeatedly. The adult male also appears to ejaculate into the child's vagina.

9. A review of the Apple Mail application data associated with the Gmail address that is a variation of ISREB's name (and that ISREB identified as his own) showed that there were numerous emails and attachments present. Two of these emails attached files that depict CSAM.

10. The first of these two emails was sent on or about April 14, 2024, at approximately 6:27 AM EDT from ISREB's email address to another email address. The email had approximately one video and 46 images attached. The one video and three of the images appeared to depict CSAM. The video file is described below.

    a. This video file is approximately 47 seconds long, and it depicts a partially nude prepubescent female, who is seen laying propped up on her back with her shirt pulled down. The child appears to be approximately five to seven years old based on the overall size of her body, her childlike facial features, and the lack of breast development. An adult male with an erect penis is seen positioned on top of her and is seen inserting his erect

4

penis repeatedly into her mouth, while also repeatedly stroking his penis. The adult male also appears to eventually ejaculate into the child's mouth.

11. The second email was also sent by ISREB's Gmail address on or about April 14, 2024, at approximately 6:47 AM EDT. This email contained numerous attachments, and one of these attachments was an image that depicted CSAM. This image was a duplicate of one of the images that was attached to the first email mentioned above.

*Google Search Warrant*

12. In or about May 2024, a state search warrant was obtained and executed by the Wrentham Police Department for the Google cloud storage account related to an email address that ISREB identified as his own. Google provided data in response to this search warrant, and review of that data revealed numerous media files depicting CSAM. A preliminary comparison of media files located in the iPhone 14 described above, to the media files located in the Google account, was conducted. Numerous videos files depicting CSAM discovered on the iPhone 14 were also located in the Google account data. An example of one of those video files is described below:

   a. This video file is approximately 45 seconds long, and it depicts a nude prepubescent female who is seen laying on her back with her legs spread apart exposing her genital area. The nude child appears to be approximately three to four years old based upon the overall size of her body and the lack of pubic hair. The video is initially focused close up on her genital area, and an adult erect penis is seen being repeatedly inserted into her vagina. An adult hand is seen directing the erect adult penis.

13. ISREB is subject to enhanced penalties because he was previously convicted of a child pornography offense. Specifically, records from the Wrentham District Court indicate that

on or about September 30, 2021, ISREB was convicted of two counts of possession of child pornography, in violation of M.G.L. c. 272, §29C. *See Commonwealth v. Wael Isreb*, Case No. 2057CR000756 (Wrentham District Court).

## CONCLUSION

14. As described above and in the affidavit in support the search warrants attached as Exhibit 1, an email address that ISREB identified as his own was registered to ISREB both through name, phone number and date of birth. During the residential search warrant of ISREB's residence, law enforcement seized the iPhone 14 device that was located on ISREB's person and have discovered it is associated to this email address and ISREB's phone number. Images and videos depicting CSAM have been located on this iPhone 14. A portion of these videos were likewise discovered in materials provided by Google in response to a state search warrant for data related to the email address identified by ISREB and located on the iPhone 14.

15. Based on the foregoing, I submit that there is probable cause to believe that on or about August 5, 2024, Wael ISREB knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Sworn to under the pains and penalties of perjury.

25-mj-6390-MPK

/s/ Diego Silva

_____
Special Agent Diego Silva
Homeland Security Investigations

Sworn to via telephone in accordance with Fed. R. Crim. P. 4.1 on this 26th day of August 2025.

*Page Kelley*
_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE